IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-51067
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUCILA DOMINGUEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-98-CR-98-2
--------------------
April 12, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Lucila Dominguez has filed a motion to withdraw from representation of Dominguez and a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Dominguez has not responded to counsel's motion. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the attorney's motion to withdraw is GRANTED; the attorney is excused from further responsibilities herein and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.